UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANGELITA FLOYD, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §  CIVIL ACTION NO. 3:22-CV-1131-B |
| | § |
| STRYKER CORPORATION, | § |
| | § |
| Defendant. | § |

### ORDER

Before the Court is the parties' Motion for Leave to File a Confidential Settlement Agreement Under Seal (Doc. 69) and the Parties' Joint Motion for Court Approval of An FLSA Settlement (Doc. 70). The Court **GRANTS** both Motions in their entirety.

It is hereby **ORDERED** that a copy of the Settlement Agreement (Doc. 69-1), previously filed by Defendant's counsel under seal pursuant to Local Civil Rule 79.3, shall be filed under seal as of the date of this Order by the Clerk of Court. It is further **ORDERED** that the Settlement Agreement shall not be unsealed after sixty days, but instead shall remained sealed after the disposition of this case as permitted by Local Civil Rule 79.4.

The Court finds that a bona fide dispute exists between the parties and that all aspects of the settlement agreement constitute a fair and reasonable resolution of the dispute. It is hereby **ORDERED** the settlement agreement between the parties, including the service awards and attorneys' fees allocations, is **APPROVED** as fair and reasonable. This case is **DISMISSED WITH PREJUDICE**.

SO ORDERED.

SIGNED: August 30, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE